IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02263-WYD-MJW

HASSAN OSMAN, et al,

Plaintiff(s),

v.

CENTRAL PARKING SYSTEMS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference, DN 11, filed with the Court on April 11, 2010, is GRANTED.  The settlement conference set on April 20, 2010, at 1:30 p.m. is VACATED and may be reset upon the filing of a written motion of either party.

Date:  April 14, 2010