IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CV-02263-WYD-MJW

HASSAN OSMAN,
YOHANNES AMBAYE,
NEGUS NEGUSE, and
ABDI JIBRIL,

Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.
a Tennessee Corporation,

Defendant.

**ORDER ON UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
( Docket No. 18 )

The Court having reviewed Defendant's Unopposed Motion to Amend the Scheduling Order, and being apprised of its contents, hereby GRANTS the motion and Amends the Scheduling Order as follows:

The deadline for serving expert disclosures is **September 14, 2010.**

The discovery cut-off for the purpose of expert depositions is extended to **November 15, 2010**.

The discovery cut-off is extended to **October 16, 2010.**

The dispositive motions deadline is extended to **December 16, 2010.**

Dated: June 30, 2010

Magistrate Judge Michael J. Watanabe

#1481169 v1 den