IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CV-02263-WYD-MJW

HASSAN OSMAN,
YOHANNES AMBAYE,
NEGUS NEGUSE, and
ABDI JIBRIL,

Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.
a Tennessee Corporation,

Defendant.

## ORDER ON UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
( Docket No 21 )

The Court having reviewed Defendant's Unopposed Motion to Amend the Scheduling Order, and being apprised of its contents, hereby GRANTS the motion and Amends the Scheduling Order as follows:

The deadline for serving expert disclosures is **November 14, 2010**.

The deadline for designating rebuttal experts is **December 1, 2010**.

The discovery cut-off is extended to **December 16, 2010**.

The discovery cut-off for the purpose of expert depositions is extended to **January 15, 2011**.

The dispositive motions deadline is extended to **February 16, 2011**.

The Final Pretrial Conference set o December 16, 2010

Dated: September 2, 2010

Magistrate Judge Michael J. Watanabe

#1481169 v1 den  At 8:30 Am is VACATED and Reset to April 19, 2011, at 8:30 a.m. (Order due 4-13-11)