IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02263-WYD-MJW

HASSAN OSMAN;
YOHANNES AMBAYE;
NEGUS NEGUSE; and
ABDI JIBRIL,

    Plaintiffs,

v.

CENTRAL PARKING SYSTEMS, INC., a Tennessee corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay its or his own attorney's fees and costs.

Dated this 27th day of October, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE